Augustine ACOSTA, Appellant,

v.

The STATE of Texas, Appellee.

No. 28319.

Court of Criminal Appeals of Texas.

May 9, 1956.

· No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of beer in a dry area; the punishment, a fine of $500.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.